# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0965
LT Case Nos. 2019-101312-CFDL
2019-101534-CFDL
2019-101535-CFDL
2019-101536-CFDL

_____

TAYLOR A. FORREST,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Karen A. Foxman, Judge.

Taylor A. Forrest, Carrabelle, pro se.

No Appearance for Appellee.


June 23, 2026


PER CURIAM.

    AFFIRMED.


EISNAUGLE, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____